# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ALEJANDRO TOMAX,

    Plaintiff,

v.

WELLS FARGO HOME MORTGAGE, *et al*.,

    Defendants.

Case No. 2:10-CV-00796-KJD-PAL

**ORDER**

    On March 29, 2011, the Court granted Defendant Wells Fargo Bank's motion to dismiss the complaint, but granted Plaintiff leave to amend the complaint. Plaintiff's amended complaint was due no later than April 14, 2011. Though the time for doing so has passed, Plaintiff has failed to file an amended complaint.

    Accordingly, IT IS HEREBY ORDERED that in accordance with the Court's Order (#13), Plaintiff's complaint is **DISMISSED with prejudice** for failure to state a claim upon which relief can be granted;

    IT IS FURTHER ORDERED that any *lis pendens* filed in conjunction with this action is hereby **CANCELED, DISCHARGED, and EXPUNGED**;

IT IS FURTHER ORDERED that the Clerk of the Court enter **JUDGMENT** for Defendants and against Plaintiff.

DATED this 22nd day of April 2011.

_____
Kent J. Dawson
United States District Judge

2